UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARELL LEE HARTTLET,

                Petitioner,

v.

RON HAYNES,

                Respondent.

CASE NO. 3:19-CV-5780-BHS-DWC

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus (Dkt. 6) is **DENIED**;

(3)     A certificate of appealability is **DENIED**; however, IFP status may continue on appeal; and

(4)     The clerk shall enter **JUDGMENT** and close this case.

Dated this 22nd day of April, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER